IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PHH MORTGAGE CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 1:22-cv-1307 |
| § | |
| BLUE SAGE WEST, LTD. and PEGGY § | |
| P. KEHOE, § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

PHH Mortgage Corporation ("Plaintiff" or "PHH"), Plaintiff, complaining of Blue Sage West, Ltd. and Peggy P. Kehoe, Defendants, files this *Original Complaint*, and respectfully shows the Court as follows:

### I.   PARTIES

1.   PHH is appearing herein and is represented by the undersigned counsel.

2.   Defendant Blue Sage West, Ltd. is a Texas Limited Partnership. Partnerships may be served through a general partner of the partnership. Tex. Bus. Orgs. Code Ann. § 5.201(a), (b). Cornelius John Kehoe was the general partner for Blue Sage West, Ltd., but he is now deceased. Therefore, Blue Sage West, Ltd. may be served through his heir, Peggy P. Kehoe. She may be served with process at 585 S. Greer St. Apt 200, Memphis, TN 38111. Summons is requested.

3.   Peggy P. Kehoe is an heir of Cornelius John Kehoe, the general partner of Blue Sage West, Ltd. She may be served with process at 585 S. Greer St. Apt 200, Memphis, TN 38111. Summons is requested.

## II. PROPERTY

4. This proceeding concerns the real property and improvements located at 110 Hackberry Lane, Marble Falls, Texas 78654 more particularly described as:

> LOT 66 AND 67, SHADY ACRES, A SUBDIVISION IN BURNET COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 1, PAGE 28, PLAT RECORDS OF BURNET COUNTY, TEXAS.

(the "Property").

## III. JURISDICTION AND VENUE

5. This Court has jurisdiction over this dispute under 28 U.S.C. Section 1332 because there is complete diversity between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00.

6. Plaintiff is a corporation. When considering diversity of citizenship, "a corporation shall be deemed to be a citizen of every State… by which it has been incorporated and of the State . . . where it has its principal place of business." 28 U.S.C. §1332(c)(1). "[T]he phrase 'principal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010). PHH is incorporated in New Jersey and has its principal place of business in New Jersey. Therefore, PHH is a citizen of New Jersey for diversity purposes

7. Defendant Blue Sage West is a limited partnership. For the purposes of diversity jurisdiction, a partnership is a citizen of every state in which one of its partners or members is a citizen. *Grupo Dataflux v. Atlas Glob. Grp., L.P.*, 541 U.S. 567, 569, 124 S. Ct. 1920, 158 L. Ed. 2d 866 (2004); *Carden v. Arkoma Assocs.*, 494 U.S. 185, 192-95, 110 S. Ct. 1015, 108 L. Ed. 2d 157 (1990); *Harvey*, 542 F.3d at 1080. Blue Sage Wests' general partner Cornelius John Kehoe was a citizen of Texas. Therefore, Blue Sage West is a citizen of Texas for diversity purposes.

8. Defendant Peggy P. Kehoe is an individual and citizen of the state of Tennessee.

9. When a party seeks equitable, declaratory, or injunctive relief, "'the amount in controversy is measured by the value of the object of the litigation.'" *Cleveland Hous. Renewal Project v. Deutsche Bank Trust Co.*, 621 F.3d 554, 560 (6th Cir. 2010) (quoting *Hunt v. Wash. State Apple Adver. Comm.*, 432 U.S. 333, 347, 97 S. Ct. 2434 (1977). The value of the Property exceeds $75,000.00 in the present case.

10. Venue is proper in the Western District of Texas, Austin Division, under 28 U.S.C. Section 1391(b)(2) because this suit concerns title to real property located in Burnet County, Texas.

### IV.   FACTS

11. On or about December 6, 1988, Wiley Ellis and wife, Frances E. Ellis executed a Warranty Deed, granting title of the Property to Defendant Blue Sage West, Ltd., a Texas Limited Partnership ("Blue Sage West"). The Warranty Deed was recorded in the Real Property Records of Burnet County, Texas on December 21, 1988. A true and correct copy of the of the Warranty Deed is attached hereto as **Exhibit A.**

12. On or about October 26, 1992, Blue Sage West executed a Warranty Deed with Vendor's Lien (the "Blue Sage West Deed"), granting the Property to Edward G. La Vigne and wife, Shirley H. La Vigne, (the "La Vignes"). This Warranty Deed with Vendor's Lien was recorded in the Real Property Records of Burnet County, Texas at Volume 543, Page 332-334 on November 7, 1992. A true and correct copy of the Warranty Deed with Vendor's Lien is attached hereto as **Exhibit B**.

13. The vendor's lien on the Property under the Blue Sage West Deed was made pursuant to a Deed of Trust (the "Blue Sage West Deed of Trust") executed by the La Vignes, recorded on November 7, 1992 in the Real Property Records of Burnet County, Texas at Volume 543, Page 335-340. A true and correct copy of the Deed of Trust is attached hereto as **Exhibit C.**

14. Upon information and belief, the lien secured by the Blue Sage West Deed of Trust was satisfied.

15. On or about August 25, 1997, Shirley H. La Vigne, individually and as Independent Executrix of the Estate of Edward G. La Vigne, executed a Warranty Deed, granting the property to John R. McGee. This Warranty Deed is recorded in the Official Public Records of Burnet County, Texas at Volume 758 on Page 982-983 on August 26, 1997. A true and correct copy of the Warranty Deed is attached hereto as **Exhibit D.**

16. On or about March 9, 2004, John McGee and Marianne McGee executed a Warranty Deed, granting title of the Property to Shirley H. La Vigne (the "McGee Warranty Deed"). The McGee Warranty Deed is recorded in the Official Public Records of Burnet County, Texas at Volume 1257 on Page 936 on July 13, 2004. A true and correct copy of the McGee Warranty Deed is attached hereto as **Exhibit E.**

17. On or about the same time the McGee Warranty Deed was executed, Shirley La Vigne executed a note, which is secured by an *Adjustable-Rate Home Equity Conversion Deed of Trust* (the "Security Instrument, and together with the note, the "Subject Loan"), recorded on November 9, 2005 in the Official Public Records of Burnet County, Texas at Volume 1379 on Page 306. A true and correct copy of the Security Instrument is attached hereto as **Exhibit F.**

18. Plaintiff PHH Mortgage Corporation currently services the Subject Loan for the current mortgagee of record.

19. Plaintiff brings a claim for declaratory judgment that the Blue Sage West Deed of Trust is of no more force or effect and no longer encumbers the Property.

### V.   CAUSE OF ACTION – DECLARATORY JUDGMENT

20. The foregoing paragraphs are incorporated by reference for all purposes.

21. This Court has the power and authority to declare the rights of the parties to this cause as to the Property.

22. Upon information and belief, the Blue Sage West Deed of Trust executed by the La Vignes was satisfied, but a release of lien was never recorded. Plaintiff seeks a declaration from this Court that the Blue Sage West Deed of Trust is of no more force or effect and no longer encumbers the Property. Plaintiff also seeks a declaration from this Court that Blue Sage West has no ownership or other interest in the Property.

## VI.  CONDITIONS PRECEDENT

23. The foregoing paragraphs are incorporated by reference for all purposes.

24. All conditions precedent to the above claims have been performed or have occurred.

## VII.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that:

a. Defendants be summoned to appear;

b. The Court declare that the Blue Sage West Deed of Trust is of no more force or effect and no longer encumbers the Property and that Blue Sage West has no ownership or any other interest in the Property;

c. The Court award Plaintiff all other relief, in law and in equity, to which it is entitled.

Respectfully submitted,

By: */s/ Mark D. Cronenwett*
　　**MARK D. CRONENWETT**
　　Texas Bar No. 00787303
　　mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686

**ATTORNEYS FOR PLAINTIFF**