IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, | § | |
| Plaintiff, | § | |
| v. | § | 1:22-CV-01307-DII |
| PEGGY P. KEHOE, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court entered an order granting the motion to dismiss without prejudice brought by Plaintiff PHH Mortgage Company. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on June 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE